## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date:   May 25, 2005

To:    Clerk of Court
       U.S. District Court
       District of Delaware
       Wilmington, DE 19801

Re:    Adversary Case No. 04-56106-PBL

On April 20, 2004, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case. Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

*Sherry A. Johnson*
Sherry A. Johnson
                                , Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ____ day of ____ 2003.

By: _____
    Deputy Clerk

_____
Supervisor

F:\FORMS\TRANSMIT.WPD

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 04-56106-PBL
**Related Bankruptcy Case #:** 02-13224
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Sherry A. Johnson |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 Recover Money or Property |
| **Cause of Transmittal:** | Motion Withdrawing the Reference to the U.S. District Court |
| **Parties:** | Howard S. Cohen, as the Liquidating Trustee of the Liquidating Trust for the estates of Morton Holdings LLC, Morton Custom Plastics LLC and Morton Lebanon Kentucky IBRB, LLC -v- Primex Plastics Corporation |
| **Plaintiff's Counsel:** | Stephanie A. Fox/Steven K. Kortanek |
| | Klehr Harrison Harvey Branzburg & Ellers |
| | 919 Market Street |
| | Suite 1000 |
| | Wilmington, DE 19801 |
| | 302-426-1189 |
| | 302-552-5503 |
| | Sfox@klehr.com |
| | Skortane@klehr.com |

| | |
|---|---|
| **Defendant's Counsel:** | Roland Gary Jones |
| | 1285 6th Avenue |
| | Suite 3500 |
| | New York, NY 10019 |
| | 212-554-4404 |
| | Rgj@rolandjones.com |

revised: 10/20/03
F:\TRANSWTH.wpd