IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE MORTON HOLDINGS, LLC       :

_____ :

HOWARD S. COHEN                  :

   Plaintiff (Liquidating Trustee)    :

        v.                   : Civil Action No. 05-329 GMS
                                                Bankruptcy No. 02-13244 PJW

PRIMEX PLASTICS CORPORATION      :

   Defendant                     :

### ORDER WITHDRAWING REFERENCE

WHEREAS, on May 25, 2005, the defendant filed a motion to withdraw reference in the above-captioned case;

WHEREAS, on June 1, 2005, the case was assigned to the undersigned;

IT IS HEREBY ORDERED that:

The motion is granted and the reference under 28 U.S.C. § 157(d) is hereby withdrawn.

July ___19___, 2005

UNITED STATES DISTRICT JUDGE

FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE