IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD S. COHEN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-329 GMS |
| | ) |
| PRIMEX PLASTICS CORPORATION | ) |
| | ) |
| Defendant | ) |

## ORDER

WHEREAS, on May 25, 2005, a motion to withdraw the reference was filed by the defendant Primex Plastics Corporation (D.I. 1);

WHEREAS, on July 19, 2005, an Order was entered granting the motion to withdraw the reference (D.I. 4);

WHEREAS, on September 27, 2007, the Court issued an Order directing the plaintiff to SHOW CAUSE, in writing, within thirty (30) days from the date of the Order, why the above-captioned case should not be dismissed for failure to prosecute (D.I. 5);

WHEREAS, the Plaintiff was also advised that failure to show cause within 30 days would lead to dismissal of this case, without prejudice, and without further notice;

WHEREAS, to date, the court's docket reflects that the plaintiff has not shown cause and has had no further contact with the court.

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

November 5, 2007